EXHIBIT B

**Patent Claims Analysis**
**of**
**US9280689: "Method and apparatus for conducting offline commerce transactions"**

**against**
**Macy's Pay**

# US9280689B2

United States

Inventor          Marvin T. Ling

Current Assignee  Individual

Worldwide applications

2011  WO  EP  US

| PCT/US11/47862 | Claims priority from a provisional application | 61/385,022 | 09/21/2010 |
|---|---|---|---|

Total patentTerm Adjustments
arrow_upward
101days

CLAIMS

1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising:

(a) providing a personal code to a person for their use to purchase goods;

(b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode;

(c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor;

(d) establishing a User Account in a User Vendor Management Server corresponding to said personal code;

(e) depositing funds in said User Account to establish a credit limit;

(f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server;

(g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server;

(h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server;

(i) forwarding the approval signal to the vendor cash register; and

(i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode.

| Row | Claim Element | Contention |
|-----|---------------|------------|
| 1.0 | 1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising: | *Macy's Pay has a method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register.*<br><br> |

| | | |
|---|---|---|
| | | ## Dictionary<br><br>Definitions from <u>Oxford Languages</u> · **Learn more**<br><br> **trans·ac·tion**<br>/tranˈzakSHən,tran(t)ˈsakSHən/<br><br>*noun*<br>noun: **transaction**; plural noun: **transactions**<br><br>    an instance of buying or selling something; a business deal.<br>    "in an ordinary commercial transaction a delivery date is essential"<br>    Similar:   deal   business   agreement   undertaking   affair   arrangement   ⌄<br>    • the action of conducting business.<br>    Similar:   negotiation   conduct   conducting   carrying out   performance   ⌄<br>    • an exchange or interaction between people.<br>    "intellectual transactions in the classroom"<br>    • published reports of proceedings at the meetings of a learned society.<br>    Similar:   proceedings   affairs   concerns   dealings   matters   activities   ⌄<br>    • an input message to a computer system that must be dealt with as a single unit of work.<br><br><<u>https://www.google.com/search?q=transaction+define</u>> @ *2025* |
| 1.1 | (a) providing a personal code to a person for their use to purchase goods; | *(a) providing a* **personal code ["MP_71b9239f-b525-494a-86da-0abacae0522b"]** *to a person for their use to* **purchase goods ["Macy's transactions"]**.<br><br>*For example, the system gives the customer a* **unique digital code** *(for example,* `MP_71b9239f-b525-494a-86da-0abacae0522b`*) that the customer can use to make Macy's Pay transactions.* |
| | | ***personal code***<br><br>**MP_71b9239f-b525-494a-86da-0abacae0522b**<br><br><<u>https://www.macys.com/s/macys-pay/</u>> |
| | | ***purchase goods***<br><br>**How can I view transactions that have posted to my account since my last statement?**<br>To view *transactions* online, you'll need to add your Macy's Credit Card or Macy's American Express® Card to your macys.com profile.<br><br><<u>https://customerservice-macys.com/search?query=transaction&type=home.CustomerArticlePage&search_ID=a5514a05-11ec-44cd-a536-2e01c1cef3d7</u>> |

| 1.2 | (b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode; | *(b) converting said **personal code [\"MP_71b9239f-b525-494a-86da-0abacae0522b\"]** into barcode format to form a **User ID Barcode [SEE IMAGE]**, said **User ID Barcode [SEE IMAGE]** corresponding to said **personal code[\"MP_71b9239f-b525-494a-86da-0abacae0522b\"]** and including at least one **special character [DIFFERENT CODES, \"M\"]** to distinguish the barcode as a **User ID Barcode [SEE IMAGE]** from a **product barcode [SEE IMAGE]**.* <br><br> *For example, the system converts the customer's unique digital code into a **User ID Barcode**. This barcode represents the customer's code and includes at least one extra distinguishing character (for example, "M") so that it is recognized as a **customer ID barcode** rather than a regular product barcode.* |
| | | ***personal code*** <br><br> ***MP_71b9239f-b525-494a-86da-0abacae0522b*** <br><br> ***Is decoded from the following barcode.*** |



<https://www.macys.com/s/macys-pay/>

*User ID Barcode*



*<https://www.macys.com/s/macys-pay/>*

***special character***

***M**P_71b9239f-b525-494a-86da-0abacae0522b*

*<https://www.macys.com/s/macys-pay/>*



*product barcode*

<https://www.macys.com/shop/product/guardmax-waterproof-zippered-mattress-encasement-queen-size-11-13-deep-white?ID=10582715>

| 1.3 | (c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor; | *(c) storing said **personal code [**"MP_71b9239f-b525-494a-86da-0abacae0522b"**] in said **User ID Barcode [SEE IMAGE]** format by said person for use to **purchase goods** [**"Macy's transactions"**] and storing said **personal code**[**"MP_71b9239f-b525-494a-86da-0abacae0522b"**] in a **User Vendor Management Server [**"network(s) connected to any server"**]** to permit purchases to be made at a vendor.*

*For example, the customer keeps their **unique digital code** in the form of a **User ID Barcode** for use in Macy's Pay transactions. At the same time, the code is stored on a **network connected to Macy's servers**, so that purchases can be authorized and completed at the store.* |
| | | **personal code**

**MP_71b9239f-b525-494a-86da-0abacae0522b**

<https://www.macys.com/s/macys-pay/> |

*User ID Barcode*



<*https://www.macys.com/s/macys-pay/*>

*purchase goods*

| | | |
|---|---|---|
| | | **How can I view <u>transactions</u> that have posted to my account since my last statement?**<br><br>To view *transactions* online, you'll need to add your Macy's Credit Card or Macy's American Express® Card to your macys.com profile.<br><br>*<https://customerservice-macys.com/search?query=transaction&type=home.CustomerArticlePage&search_ID=a5514a05-11ec-44cd-a536-2e01c1cef3d7>* |
| | | ***User Vendor Management Server***<br><br>      Any use or attempted use of the Platform, the Provided Materials (including, without limitation, any Color Me Cool NFT) for or in connection with the following is prohibited: (i) for any unauthorized, fraudulent or malicious purpose; (ii) that could damage, disable, overburden, or impair any server, or the <u>network(s) connected to any server</u>; (iii) that could interfere with any other person's or entity's use and enjoyment of the Platform or Provided Materials; (iv) to gain unauthorized access to computer systems, software or networks connected to any server or systems or to any other accounts, including, without limitation, through hacking, password mining or any other means; (v) to access systems, data or information not intended by Macy's to be made accessible to a user; (vi) to attempt to obtain any Content, materials or information through any means not intentionally made available by us; or (vii) for any use other than the purpose for which it was intended.<br><br>*<https://www.macys.com/social/mstylelab/paradegameterms/>* |
| 1.4 | (d) establishing a User Account in a User Vendor Management Server corresponding to said personal code; | *(d) establishing a **User Account** <span style="color:red">["Create Account"]</span> in a **User Vendor Management Server** <span style="color:red">["network(s) connected to any server"]</span> corresponding to said **personal code** <span style="color:red">["MP_71b9239f-b525-494a-86da-0abacae0522b"]</span>.*<br><br>*For example, a **digital account** is created on a network connected to Macy's servers. This account is linked to the customer's unique digital code (<span style="color:green">`MP_71b9239f-b525-494a-86da-0abacae0522b`</span>).* |
| | | ***User Account*** |

★macy's

Sign In

Email

Password                    Show

Case sensitive

☑ Keep me signed in. Details

Uncheck if on a public device

**Sign In**

Forgot your password?

**No account yet?**

**Create Account**

*<https://www.macys.com/account/signin?lid=macyspay_banner-createanaccount>*

---

### User Vendor Management Server

Any use or attempted use of the Platform, the Provided Materials (including, without limitation, any Color Me Cool NFT) for or in connection with the following is prohibited: (i) for any unauthorized, fraudulent or malicious purpose; (ii) that could damage, disable, overburden, or impair any server, or the network(s) connected to any server; (iii) that could interfere with any other person's or entity's use and enjoyment of the Platform or Provided Materials; (iv) to gain unauthorized access to computer systems, software or networks connected to any server or systems or to any other accounts, including, without limitation, through hacking, password mining or any other means; (v) to access systems, data or information not intended by Macy's to be made accessible to a user; (vi) to attempt to obtain any Content, materials or information through any means not intentionally made available by us; or (vii) for any use other than the purpose for which it was intended.

*<https://www.macys.com/social/mstylelab/paradegameterms/>*

---

### personal code

**MP_71b9239f-b525-494a-86da-0abacae0522b**

| | | |
|---|---|---|
| | | *<https://www.macys.com/s/macys-pay/>* |
| 1.5 | (e) depositing funds in said User Account to establish a credit limit; | *(e) depositing funds **["deposit account"]** in said **User Account ["Create Account"]** to establish a **credit limit ["credit limit"]**.*<br><br>*For example, funds are deposited into the customer's digital account to set a **spending or credit limit** for Macy's Pay transactions.* |



***User Account***

## Sign In

Email

Password                                              Show

Case sensitive

☑ Keep me signed in. Details

Uncheck if on a public device

**Sign In**

Forgot your password?

**No account yet?**

**Create Account**

*<https://www.macys.com/account/signin?lid=macyspay_banner-createanaccount>*

***depositing funds***

### What is an authorization hold?
Your bank will place a hold on these funds in anticipation of receiving the actual withdrawal from your *deposit account*.  We do not process the actual charge to your debit card until

*<https://customerservice->*

| | | |
|---|---|---|
| | | *macys.com/search?query=%22Macy%E2%80%99s+Pay%22+%22deposit%22&type=home.CustomerArticlePage&search_ID=e9510f42-07c8-477a-91a0-2007c87601cb>* |
| | | ***credit limit***<br><br>**How to Manage My Macy's Credit Card**<br><br>Once your card is added: Select "My Account" and Sign In Select "*Macy*'s *Credit* Card" Here you will find your current balance, available *credit* amount and <u>*credit limit*</u> To request a *credit limit* increase on your *Macy*'s *Credit* Card or your *Macy*'s American Express<br><br>*<https://customerservice-macys.com/search?query=%22Macy%E2%80%99s+Pay%22+%22credit+limit%22&type=home.CustomerArticlePage&search_ID=9cbd5e1c-09f4-4cf3-9ff7-81de818aa7b4>* |
| 1.6 | (f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server; | *(f) conducting purchases at vendors each having a* **vendor server** **["network(s) connected to any server"]** *wherein each purchase includes scanning* **product barcode [SEE IMAGE]***s including* **product price ["$49.99"]** *and said* **User ID Barcode [SEE IMAGE]** *with a* **product barcode [SEE IMAGE]** *scanner* **["scan"]** *at the* **vendor cash register["register"]** *and transmitting both* **product barcode [SEE IMAGE]***s and* **User ID Barcode [SEE IMAGE]** *to said* **vendor server ["network(s) connected to any server"]***.*<br><br>*For example, when a customer makes a purchase, the cashier scans both the* **product barcodes** *(for example, an item costing $49.99) and the customer's* **User ID Barcode***. Both sets of information are sent to Macy's* **network and servers** *to process the transaction.* |
| | | ***product price*** |



<https://www.macys.com/shop/product/guardmax-waterproof-zippered-mattress-encasement-queen-size-11-13-deep-white?ID=10582715>

*User ID Barcode*



<https://www.macys.com/s/macys-pay/>

*product barcode*



<https://www.macys.com/shop/product/guardmax-waterproof-zippered-mattress-encasement-queen-size-11-13-deep-white?ID=10582715>

*scanner*

# 4. Pay with your single-use barcode at the register

Each time you use Macy's Pay, a unique barcode will be generated. A Store Colleague will scan it at the register.

Heads-up: after your purchase, we'll send a confirmation with any Star Rewards points earned. (You'll need to turn on push notifications.)



`
<https://www.macys.com/s/macys-pay/> © 2024

*vendor cash register*

| | | |
|---|---|---|
| | | <br><br># 4. Pay with your single-use barcode at the <u>register</u><br><br>Each time you use Macy's Pay, a unique barcode will be generated. A Store Colleague will scan it at the register.<br><br>Heads-up: after your purchase, we'll send a confirmation with any Star Rewards points earned. (You'll need to turn on push notifications.)<br><br>`<https://www.macys.com/s/macys-pay/>` © 2024 |
| 1.7 | (g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server; | *(g) detecting the **User ID Barcode** **[SEE IMAGE]** at the **vendor server** **["network(s) connected to any server"]** and forwarding the ID Barcode and **purchase price** **["$49.99"]** to said **User Vendor Management Server** **["network(s) connected to any server"]**.*<br><br>*For example, Macy's network detects the **customer's User ID Barcode** and links it with the purchase amount (for example, $49.99). Both the barcode and the amount are sent to the server for processing.* |
| | | ***User ID Barcode*** |



<https://www.macys.com/s/macys-pay/>

*purchase price*



<https://www.macys.com/shop/product/guardmax-waterproof-zippered-mattress-encasement-queen-size-11-13-deep-white?ID=10582715>

**User Vendor Management Server**

Any use or attempted use of the Platform, the Provided Materials (including, without limitation, any Color Me Cool NFT) for or in connection with the following is prohibited: (i) for any unauthorized, fraudulent or malicious purpose; (ii) that could damage, disable, overburden, or impair any server, or the network(s) connected to any server; (iii) that could interfere with any other person's or entity's use and enjoyment of the Platform or Provided Materials; (iv) to gain unauthorized access to computer systems, software or networks connected to any server or systems or to any other accounts, including, without limitation, through hacking, password mining or any other means; (v) to access systems, data or information not intended by Macy's to be made accessible to a user; (vi) to attempt to obtain any Content, materials or information through any means not intentionally made available by us; or (vii) for any use other than the purpose for which it was intended.

<https://www.macys.com/social/mstylelab/paradegameterms/>

| 1.8 | (h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there | (h) comparing the **purchase price** ["**$49.99**"] with the funds in said **User Vendor Management Server** ["**network(s) connected to any server**"] to determine if there are available funds within the **credit limit** ["**credit limit**"] in the **User Vendor Management Server** ["**network(s) connected to any server**"] account, and if there |
|---|---|---|

| | | |
|---|---|---|
| | are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server; | *are, sending an* **approval signal ["confirmation"]** *to the* **vendor server ["network(s) connected to any server"]**.<br><br>*For example, the system checks whether the* **purchase amount ($49.99)** *is within the* **available funds or credit limit** *of the customer's account on Macy's servers. If sufficient funds are available, the system sends a* **confirmation** *to approve the transaction.* |

**purchase price**

≡  ★**macy's**                                                                Sign In   🛍

🔍 Search

⌂ / Bed & Bath / Mattress Pads & Toppers

Guardmax
Waterproof Zippered Mattress Encasement - Queen Size (11-13 Deep) - White
Shipped and sold by Right Choice Bedding
★ 4.7 (15)

**$49.99**  Details

Color: White

Size: Queen

Qty
−  1  +

Add To Bag

Buy Now

<*https://www.macys.com/shop/product/guardmax-waterproof-zippered-mattress-encasement-queen-size-11-13-deep-white?ID=10582715*>

***User Vendor Management Server***

Any use or attempted use of the Platform, the Provided Materials (including, without limitation, any Color Me Cool NFT) for or in connection with the following is prohibited: (i) for any unauthorized, fraudulent or malicious purpose; (ii) that could damage, disable, overburden, or impair any server, or the network(s) connected to any server; (iii) that could interfere with any other person's or entity's use and enjoyment of the Platform or Provided Materials; (iv) to gain unauthorized access to computer systems, software or networks connected to any server or systems or to any other accounts, including, without limitation, through hacking, password mining or any other means; (v) to access systems, data or information not intended by Macy's to be made accessible to a user; (vi) to attempt to obtain any Content, materials or information through any means not intentionally made available by us; or (vii) for any use other than the purpose for which it was intended.

<*https://www.macys.com/social/mstylelab/paradegameterms/*>

**credit limit**

### How to Manage My Macy's Credit Card

Once your card is added: Select "My Account" and Sign In Select "*Macy*'s *Credit* Card" Here you will find your current balance, available *credit* amount and *credit limit* To request a *credit limit* increase on your *Macy*'s *Credit* Card or your *Macy*'s American Express

<*https://customerservice-macys.com/search?query=%22Macy%E2%80%99s+Pay%22+%22credit+limit%22&type=home.CustomerArticlePage&search_ID=9cbd5e1c-09f4-4cf3-9ff7-81de818aa7b4*>

**approval signal**

# 4. Pay with your single-use barcode at the register

Each time you use Macy's Pay, a unique barcode will be generated. A Store Colleague will scan it at the register.

Heads-up: after your purchase, we'll send a <u>confirmation</u> with any Star Rewards points earned. (You'll need to turn on push notifications.)



`<https://www.macys.com/s/macys-pay/> © 2024

| 1.9 | (i) forwarding the approval signal to the vendor cash register; and | *(i) forwarding the **approval signal ["confirmation"]** to the **vendor cash register ["register"]**.*<br><br>*For example, once the transaction is approved, Macy's Pay sends the **confirmation** back to the register so the purchase can be completed.* |
| --- | --- | --- |
| | | ***approval signal*** |

# 4. Pay with your single-use barcode at the register

Each time you use Macy's Pay, a unique barcode will be generated. A Store Colleague will scan it at the register.

Heads-up: after your purchase, we'll send a confirmation with any Star Rewards points earned. (You'll need to turn on push notifications.)



`
<https://www.macys.com/s/macys-pay/> © 2024

*vendor cash register*

# 4. Pay with your single-use barcode at the <u>register</u>

Each time you use Macy's Pay, a unique barcode will be generated. A Store Colleague will scan it at the register.

Heads-up: after your purchase, we'll send a confirmation with any Star Rewards points earned. (You'll need to turn on push notifications.)



`<<https://www.macys.com/s/macys-pay/>> © 2024

| | | |
|---|---|---|
| 1.10 | (i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode. | *(i) repeating steps (f) through (i) for subsequent* **purchase transactions** **["Macy's transactions"]** *using said* **User ID Barcode** **[SEE IMAGE]**.<br><br>*For example, for each new purchase, Macy's Pay repeats the same process (scanning the product and user barcodes, checking available funds, approving the transaction, and sending confirmation) using the same* **User ID Barcode**. |
| | | ***purchase transactions*** |

**How can I view <u>transactions</u> that have posted to my account since my last statement?**

To view *transactions* online, you'll need to add your Macy's Credit Card or Macy's American Express® Card to your macys.com profile.

<*https://customerservice-macys.com/search?query=transaction&type=home.CustomerArticlePage&search_ID=a5514a05-11ec-44cd-a536-2e01c1cef3d7*>

***User ID Barcode***



<https://www.macys.com/s/macys-pay/>

- *PRODUCT/SERVICE = "Macy's Pay"*

- *approval signal = "confirmation"*
- *credit limit = "credit limit"*
- *depositing funds = "deposit account"*
- *personal code = "MP_71b9239f-b525-494a-86da-0abacae0522b"*

|  |  | <ul><li>*product barcode = **SEE IMAGE***</li><li>*product price = "$49.99"*</li><li>*purchase goods = "Macy's transactions"*</li><li>*purchase price = "$49.99"*</li><li>*purchase transactions = "Macy's transactions"*</li><li>*scanner = "scan"*</li><li>*special character = DIFFERENT CODES, "M"*</li><li>*User Account = "Create Account"*</li><li>*User ID Barcode = **SEE IMAGE***</li><li>*User Vendor Management Server = "network(s) connected to any server"*</li><li>*vendor cash register = "register"*</li><li>*vendor server = "network(s) connected to any server"*</li></ul> |