**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| WOLVERINE BARCODE IP, LLC, ) | Civil Action |
| ) | |
| Plaintiff, ) | No. 7:25-cv-00404-DC-DTG |
| ) | |
| v. ) | Judge David Counts |
| ) | Judge Derek T. Gilliland |
| MACY'S, INC., ) | |
| ) | |
| Defendant. ) | *<u>Electronically Filed</u>* |

**<u>DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1, Defendant, Macy's, Inc. ("Macy's), hereby discloses that it is a publicly held corporation and has no parent corporation. No publicly held corporation owns 10% or more of Macy's stock.

Respectfully submitted,

**THE WEBB LAW FIRM**

Dated: November 17, 2025

s/ *Kent E. Baldauf, Jr.*
Kent E. Baldauf, Jr. (PA ID No. 70793)
Bryan P. Clark (PA ID No. 205708)

One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
kbaldaufjr@webblaw.com
bclark@webblaw.com

*Attorneys for Defendant*

No. 7:25-cv-00404-DC-DTG

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of November, 2025, I electronically filed the foregoing **DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which sent notification to all counsel of record.

**THE WEBB LAW FIRM**

s/ *Kent E. Baldauf, Jr.*
Kent E. Baldauf, Jr.