# *Exhibit C*





| Customer Service | Macy's Credit Card | Stores & Services | Macy's Inc. | Be the first to know with our emails |
|---|---|---|---|---|
| FAQs and Help | Apply for Macy's Credit Card | Curbside & In Store Pickup | Corporate Sales | If texts are more your style, we can send those too. |
| Klarna | Cardholder Benefits | Locations & Hours | Corporate Site | Sign Me Up |
| Order Lookup | Gift Cards | Macy's App | Investors | |
| Para Ayuda | Gift Card Balance | Macy's Backstage | International Wholesale & Sourcing | Get 30% off macys.com purchases today when you open a Macy's card. Discount in store varies. Save up to $100. |
| Returns | Macy's Card Services | Macy's Brands | Macy's Jobs | Subject to credit approval. |
| Shipping & Delivery | Pay Your Credit Card Bill | Macy's Wine Shop | Mission Every One | Exclusions & Details   Apply Now |
| USD | | Personal Stylist | News Room | |
| | | Stay in Touch | Site Map | Connect With Us |
| | | Store Events | Sustainability | |
| | | Store Openings | Styled and Storied | |
| | | Tell Us What You Think | | |
| | | Gift Registry | | |

Privacy Notice | Cookie Preferences | Interest Based Ads | CA Privacy Rights | Do Not Sell or Share My Personal Information | Legal Notice

Customer Bill of Rights | CA Transparency in Supply Chains | Product Recalls | Pricing Policy | Accessibility

© 2025 Macy's. All rights reserved. Macys.com, LLC, 151 West 34th Street, New York, NY 10001. Request our corporate name & address by email.