*Exhibit D*

Sign In    Your store    Gift Registry

Shop All  Women  Men  Beauty  Shoes  Home  Jewelry  Handbags  Furniture & Mattresses  Kids & Baby

Holiday Shop                     Gifts                          New & Trending                    Sale



# Help Center

Please type your question here

Macy's / Help Center

## Help Center

- Orders
- Checkout Help
- Pricing & Promotions
- Shipping & Delivery
- Returns
- Star Rewards
- Furniture & Mattresses
- Gift Registry & Gifts
- Stores
- More Topics
- My Account & Credit Card

# Macy's Pay

What is Macy's Pay?

Macy's Pay is an app-exclusive, Macy's Credit Cardholder exclusive feature that allows you to quickly pay with your Macy's Credit Card in-store using a barcode generated on

Feedback +

the Macy's app. No card or cash is required.

**What is required to set-up Macy's pay?**

In order to use Macy's Pay you must have a Macy's credit card in your Macy's App wallet. If you do not have a Macy's Credit Card, you can click here to apply.

**How do I set up Macy's Pay?**

1. **Download the Macy's app**
Then sign in to your Macy's account or Create An Account.
2. **Add your Macy's Card to your Wallet**

You'll find it on your Account Page in the toolbar at the bottom of your screen.

4. **Register for Macy's Pay & verify your Macy's Card**
Follow the prompts to confirm your card security code (CVV) — you'll only need to do this step once!

5. **Pay with your single-use barcode at the register.**
Each time you use Macy's Pay, a unique barcode will be generated. A Store Colleague will scan it at the register.
**Heads-up**: after your purchase, we'll send a

Feedback +

confirmation with any Star Rewards points earned. (**You'll need to turn on push notifications.**)

How do I verify my Macy's Credit Card using Macy's Pay?

1. Sign in to your Macy's account on the Macy's App.
2. Add your Macy's Card information to your Macy's App Wallet if it's not already there.
3. If you have multiple Macy's Cards, select

Feedback +

one to use with Macy's Pay.

4. Confirm your security code (or CVV code): it's the three-digit number on the back of the Macy's Credit Card or the four-digit number on the front of the Macy's American Express® Card.
5. Enter the one-time-use authentication code sent to the contact method associated

   with your Macy's Card.
6. You're now ready to use your card with Macy's Pay!

How many Macy's Accounts can Macy's Pay be linked to?

Macy's Pay can only be linked to one Macy's card.

## Customer Service

- FAQs and Help
- Klarna
- Order Lookup
- Para Ayuda
- Returns
- Shipping & Delivery
- USD

## Macy's Credit Card

- Apply for Macy's Credit Card
- Cardholder Benefits
- Gift Cards
- Gift Card Balance
- Macy's Card Services
- Pay Your Credit Card

## Stores & Services

- Curbside & In Store Pickup
- Locations & Hours
- Macy's App
- Macy's Backstage
- Macy's Brands
- Macy's Wine Shop
- Personal Stylist
- Stay in Touch
- Store Events
- Store Openings

## Macy's Inc.

- Corporate Sales
- Corporate Site
- Investors
- International Wholesale & Sourcing
- Macy's Jobs
- Mission Every One
- News Room
- Site Map
- Sustainability

**Be the first to know with our emails**

If texts are more your style, we can send those too.

**Sign Me Up**

Get 30% off macys.com purchases today when you open a Macy's card. Discount in store varies. Save up to $100.

Subject to credit approval.

Exclusions & Details    Apply Now

Feedback +

