IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP, LLC,<br>Plaintiff,<br><br>v.<br><br>MACY'S, INC.,<br>Defendant | Civil Action No. 7:25-cv-00404-DC-DTG<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S RESPONSES TO DEFENDANT MACY'S INC.,'S COUNTERCLAIMS**

Wolverine Barcode IP, LLC ("Wolverine") files this Answer to Defendant MACY'S INC. ("Defendant" or "Macy's")'s Counterclaims. The paragraph numbering below corresponds to the paragraph numbering in Defendant's Counterclaims.

### COUNTERCLAIMS

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.

### COUNTERCLAIM FOR A DECLARATION OF
### NON-INFRINGEMENT OF UNITED STATES PATENT NO. 9,280,689

5. No response is necessary.
6. No response is necessary.
7. Admitted.
8. Admitted.
9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Denied.

16. Admitted.

17. Admitted that applicant argued that this system "is a single channel communication system for all data at all vendor locations/registers using the same single User ID Barcode at all POS locations."

18. Admitted.

19. Plaintiff is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 19.

20. Plaintiff is without the sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 20.

21. Plaintiff is without the sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 21.

22. Denied.

23. Admitted.

24. Denied.

25. Admitted.

26. Plaintiff is without the sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 26.

27. Plaintiff is without the sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 27.

28. Plaintiff is without the sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 28.

29. Denied.

30. Denied.

31. Admitted.

32. Denied.

33. Denied.

## COUNTERCLAIM FOR A DECLARATION OF INVALIDITY OF UNITED STATES PATENT NO. 9,280,689

34. No response is necessary.

35. Admitted.

36. Admitted.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

## JURY DEMAND

No Response is necessary. Both parties demand trial by jury.

## PRAYER FOR RELIEF

Plaintiff denies that Defendant is entitled to the relief its seeks in its Prayer

## DEFENSES AND AFFIRMATIVE DEFENSES

Wolverine alleges and asserts the following defenses and affirmative defenses in response to the allegations in the Complaint. Regardless of how such defenses are listed herein, Wolverine undertakes the burden of proof only as to those defenses that are deemed affirmative defenses as a matter of law. In addition to the defenses described below, Wolverine reserves all rights to amend or supplement these defenses as additional facts become known.

- Macy's has failed to allege how it is entitled to relief under Rule 11 or § 1927; and
- Macy's has failed to allege how it is entitled to relief under § 285.

## RESERVATIONS OF ADDITIONAL DEFENSES

Wolverine's investigation of this matter is ongoing. It reserves all defenses under the Federal Rules of Civil Procedure, the patent laws of the United States, other applicable state or federal laws, and any other defenses, at law or in equity, that may now exist or in the future be available based on discovery and further factual investigation in this case.

Respectfully submitted,

**Ramey LLP**

*/s/William P. Ramey III*
William P. Ramey III
Texas Bar No. 24027643
wramey@rameyfirm.com
446 Heights Blvd., Suite 200
Houston, Texas 77007

***Attorneys for Wolverine Barcode IP, LLC***

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of December 10, 2025, with a copy of the foregoing via e-mail.

>*/s/William P. Ramey III*
>William P. Ramey III