# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP, LLC § | |
| § | CIVIL NO: |
| vs. § | MO:25-CV-00404-DC |
| § | |
| MACY'S, INC. § | |

## ORDER RESETTING
## FINAL PRETRIAL HEARING (PATENT CASE)

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **FINAL PRETRIAL HEARING (PATENT CASE)** in Courtroom 3, on the Third floor of the United States Courthouse, 200 E. Wall, Midland, TX, on **Thursday, June 17, 2027 at 03:00 PM**.

IT IS SO ORDERED this 27th day of January, 2026.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE