**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **WOLVERINE BARCODE IP, LLC,** | § | |
| *Plaintiff,* | § § § | |
| *v.* | § § | **CASE NO. 7:25-CV-00404-DC-DTG** |
| **MACY'S INC.,** | § § § | |
| *Defendant,* | § | |

**<u>FINAL CLAIM CONSTRUCTIONS</u>**

Before the Court are the Parties' claim construction briefs: Defendant Macy's, Inc.'s Opening Claim Construction Brief (Dkt. No. 25), Plaintiff Wolverine Barcode IP, LLC's Responsive Claim Construction Brief (Dkt. No. 26), Defendant's Reply Claim Construction Brief (Dkt. No. 28), Plaintiff's Sur-Reply (Dkt. No. 29), and the Joint Claim Construction Statement (Dkt. No. 30). On July 8, 2026, the Court provided the parties with its Preliminary Claim Constructions, and on July 9, 2026 the Court held a claim construction hearing.

The Court issues this Order to memorialize the Court's final claim construction rulings for the parties, and to inform the parties that the Court will issue a more-detailed Order explaining its analysis in due course. The deadline to file any objections to the undersigned's claim construction rulings (pursuant to Federal Rules of Civil Procedure 59 and 72) does not begin to run until a more detailed order is entered on the docket.

## I.    AGREED CONSTRUCTIONS

| # | Term | Agreed Upon Construction | Court's Final Construction |
|---|------|--------------------------|---------------------------|
| 1 | **"A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising:"**<br><br>**'689 Patent**, Preamble of Claim 1 | The preamble is limiting. | The preamble is limiting. |

## II.    DISPUTED CONSTRUCTIONS

| # | Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Final Construction |
|---|------|-----------------------------------|-----------------------------------|---------------------------|
| 1 | **"repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode"**<br><br>**'689 Patent**, Claim 1 | No construction needed; plain and ordinary meaning. | Repeating steps (f) through (i) for subsequent purchase transactions using the same single User ID Barcode for each of the subsequent purchase transactions | Plain and ordinary meaning. As demonstrated by the claim language, all steps—including step (j)—must use the same User ID Barcode. |
| 2 | **"label"**<br><br>**'689 Patent**, Claim 3 | No construction needed; plain and ordinary meaning. | A printed, physical label (i.e., not a digital representation) | Plain and ordinary meaning, in which the plain and ordinary meaning is a physical label, which does not include digital representations. |

**SIGNED** this 9th day of July, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE