**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 7:25-cv-00404-DC-DTG** |
| **MACY'S, INC.,** | |
| **Defendant.** | |

**JOINT MOTION TO STAY ALL REMAINING DEADLINES AND PROCEEDINGS**
**PENDING RESOLUTION OF APPEAL**

Plaintiff Wolverine Barcode IP, LLC ("Wolverine") and Defendant Macy's, Inc. ("Macy's") jointly move the Court to stay all remaining deadlines and proceedings in this action pending the earlier of (1) final resolution of any appeal from the order and final judgment holding U.S. Patent No. 9,280,689 (the "'689 Patent") invalid in *Wolverine Barcode IP, LLC v. Albertsons Companies, Inc.*, Case No. 3:25-cv-01448-B (N.D. Tex.) (the "Albertsons Action"), including issuance of the appellate mandate, or (2) expiration of the time to appeal if no appeal is taken.

Wolverine filed this action on September 4, 2025, and filed its First Amended Complaint on December 1, 2025. Dkts. 1, 16. The '689 Patent is the only patent at issue, and the parties' claim-construction proceedings concern that patent. On July 9, 2026, the court in the Albertsons Action entered an order and Final Judgment holding the '689 Patent ineligible for patent protection under 35 U.S.C. § 101 and dismissing Wolverine's claims with prejudice. *Wolverine Barcode IP, LLC v. Albertsons Companies, Inc.*, Case No. 3:25-cv-01448-B, Dkts. 31–32 (N.D. Tex. July 9, 2026) (the "Albertsons Final Judgment"). Wolverine has indicated that it intends to appeal the Albertsons Final Judgment.

1

However, pending a final decision of that appeal, the Parties agree that, in the present matter (7:25-cv-00404-DC-DTG), for efficiency of the parties and the Court, this matter should be stayed. Accordingly, the Parties respectfully request that this Court stay all deadlines pending the appeal of the Final Judgement in the Albertsons Action. This Motion is not sought for purposes of delay, but rather to allow efficiency of the parties and the Court and so that justice may be done.

Dated: July 21, 2026

Respectfully submitted,

*/s/ William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
**RAMEY LLP**
446 Heights Blvd., Suite 200
Houston, Texas 77007
Telephone: (713) 426-3923
E-mail: wramey@rameyfirm.com

***Counsel for Plaintiff Wolverine Barcode IP, LLC***

*/s/ Bryan P. Clark*
Kent E. Baldauf, Jr.
Pennsylvania Bar No. 70793
Bryan P. Clark
**THE WEBB LAW FIRM**
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, Pennsylvania 15222
Telephone: (412) 471-8815
Facsimile: (412) 471-4094
E-mail: kbaldaufjr@webblaw.com
E-mail: bclark@webblaw.com

***Counsel for Defendant Macy's, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2026, a true and correct copy of the foregoing document was served through the Court's CM/ECF system on all counsel of record who are deemed to have consented to electronic service.

*/s/ William P. Ramey, III*
William P. Ramey, III

**CERTIFICATE OF CONFERENCE**

Counsel for Wolverine and Macy's conferred regarding the relief requested in this Motion. The parties jointly submit this Motion, and the requested relief is agreed.

*/s/ William P. Ramey, III*
William P. Ramey, III